UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR ALONSO GALVEZ-RAMIREZ,<br><br>　　　　　Defendants. | No. 1:15-CR-00187-DAD-BAM-3<br><br>ORDER DISMISSING INDICTMENT |

　　　　The government's motion to dismiss indictment (Doc. 37) with respect to defendant Oscar Alonso Galvez-Ramirez filed February 17, 2016, is granted. The indictment in the above-entitled case is dismissed without prejudice as to defendant Oscar Alonso Galvez-Ramirez only.

IT IS SO ORDERED.

Dated:   **February 18, 2016**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1