Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant
    OSCAR GALVEZ-RAMIREZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15:CR000187 DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | RETURN OF DEFENDANT'S PASSPORT |
| vs. ) | |
| ) | |
| OSCAR GALVEZ-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

**It is hereby stipulated by and between** Assistant United States Attorney Kimberly A. Sanchez and attorney for the Defendant, Steven L. Crawford that the Clerk of the Court shall return to OSCAR GALVEZ-RAMIREZ the passport belonging to Mr. Galvez-Ramirez that is currently in their possession. The passport was delivered to the Clerk of the Court on or about November 25, 2015.

///

///

///

IT IS SO STIPULATED:

DATED: April 4, 2016

*/Steven L. Crawford/*
Steven L. Crawford
Attorney for Defendant
Oscar Galvez-Ramirez

*/Kimberly A. Sanchez/*
Kimberly A. Sanchez
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED that** the passport for Defendant Oscar Galvez-Ramirez (3) is hereby Ordered returned.  Passport was received on November 25, 2015, document number 31 on case docket.

Dated:  **April 5, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE